(Reap. Dec. 9381)

PLYWOOD & DOOR NORTHERN CORPORATION *v.* UNITED STATES

 Entry No. 843131, etc.

(Decided April 7, 1959)

*James Wilson Young* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement enumerated in the attached schedule of reappraisements relate to plywood, exported from Finland in the year 1956, and were submitted for decision upon a stipulation of counsel for the parties.

On the agreed facts, I find foreign value, as defined in section 402(c), Tariff Act of 1930, as amended, to be the proper basis for the determination of the value of the merchandise involved, and that such value, except for the items of merchandise set forth in schedule "B," hereto attached, is, in each instance, the appraised unit value, less 4 per centum, net, packed.

The appeals for reappraisement having been abandoned insofar as they relate to the merchandise specified in said schedule "B," they are, to that extent, dismissed.

Judgment will issue accordingly.

SCHEDULE B

| Reappraisement No. | Collector's No. | Entry No. | Date of Export |
|---|---|---|---|
| R58/4724 | 01413 | 843131 | 12/15/56 |

Birch plywood as follows:

| | | BP/BB grade ¾'' thick, | 60'' x 48'' |
|---|---|---|---|
| | | BJ/BB grade ½'' thick, | 48'' x 36'' |

| | | | |
|---|---|---|---|
| R58/5335 | 01741 | 791808 | 10/12/56 |

Birch plywood as follows:

| | | BP/BB grade, ¾'' thick | 60'' x 48'' |
|---|---|---|---|
| | | BJ/BJ grade, 5mm thick | 14⅝'' x 44'' |

| | | | |
|---|---|---|---|
| R58/5339 | 01746 | 834893 | 11/26/56 |

Birch plywood as follows:

| | | BP/BB grade, ¾'' thick, | 60'' x 48'' |
|---|---|---|---|